HENRY C. FISCHER, Respondent, *v.* WILLIAM B. M. JORDAN et al., Appellants.

*Fischer* v. *Jordan,* 54 App. Div. 621, affirmed.
(Argued January 15, 1902; decided January 31, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 16, 1900, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Stillman F. Kneeland* and *Horace Graves* for appellants.

*James D. Bell* and *Frederick E. Crane* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.

---

GEORGE A. MACDONALD, Respondent, *v.* LEWIS Z. BACH et al., Appellants.

*Macdonald* v. *Bach,* 51 App. Div. 549, affirmed.
(Argued January 16, 1902; decided January 31, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 9, 1900, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Thomas C. Ennever* for appellants.

*William H. Stockwell* and *Edward E. Sprague* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ,